| **Information to identify the case:** | |
|---|---|
| Debtor 1   **George Abraham** | Social Security number or ITIN   **xxx–xx–2556** |
|            First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)             First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | Date case filed for chapter   **7**   **3/26/19** |
| Case number:   **19–08641** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

---

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | George Abraham | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8547 Hamilton Drive<br>Skokie, IL 60077 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert Skowronski<br>Law Offices of Robert J. Skowronski, Ltd<br>5491 N. Milwaukee Ave<br>Chicago, IL 60630 | Contact phone (773) 283–1600<br>Email:  rbskowronski@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Miriam R Stein<br>Chuhak & Tecson, P.C.<br>30 S. Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Contact phone 312–855–6109<br>Email: mstein@chuhak.com |

**For more information, see page 2 >**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 3/27/19 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 23, 2019 at 12:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/22/19** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 19-08641-JPC
George Abraham                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: kkrystave          Page 1 of 1              Date Rcvd: Mar 27, 2019
                              Form ID: 309A            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db              +George Abraham,    8547 Hamilton Drive,    Skokie, IL 60077-2054
27684705         American Express National Bank NA,    Attn: Bankruptcy Department,    PO Box 981535,
                  El Paso, TX 79998-1535
27684706        +American Express National Bank NA,    Attn: President or Other Officer,    4315 South 2700 West,
                  Salt Lake City, UT 84184-0002
27684709        +Bank of New York Mellon,    Attn: President of Other Officer,    240 Greenwich Street,
                  New York, NY 10286-0001
27684711        +Meyer, Njus & Tanick P.A.,    33 N Dearborn Street, Ste 1301,    Chicago, IL 60602-3878
27684713         NCEP, LLC,    112 N Curry St,    Carson City, NV 89703-4934
27684714        +NCEP, LLC,    c/o CT Corporation System,    208 S LaSalle St, Ste 814,    Chicago, IL 60604-1101
27684716        +Select Portfolio Servicing Inc,    c/o Illinois Corporation Service Co,
                  801 Adlai Stevenson Drive,    Springfield, IL 62703-4261
27684719        +TD Bank USA, NA,    Attn: President or Other Officer,    2035 Limestone Road,
                  Wilmington, DE 19808-5529
27684717         Target Card Services,    Attn: Bankruptcy Department,    391 W 53rd Street,
                  Sioux Falls, SD 57106-4216
27684718        +Target Corporation,    c/o Financial & Retail Services,    P.O. Box 9491,
                  Minneapolis, MN 55440-9491

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: rbskowronski@gmail.com Mar 28 2019 02:21:21      Robert Skowronski,
                  Law Offices of Robert J. Skowronski, Ltd,    5491 N. Milwaukee Ave,    Chicago, IL  60630
tr              +EDI: QMRSTEIN.COM Mar 28 2019 05:58:00      Miriam R Stein,    Chuhak & Tecson, P.C.,
                  30 S. Wacker Drive,    Suite 2600,    Chicago, IL 60606-7512
27684707         EDI: BANKAMER.COM Mar 28 2019 05:58:00      Bank of America,    Attn: Bankrutpcy Department,
                  PO Box 31785,    Tampa, FL 33631-3785
27684708        +EDI: BANKAMER2.COM Mar 28 2019 05:58:00      Bank of America NA,
                  Attn: President or Other Officer,    100 North Tryon St,    Charlotte, NC 28202-4000
27684710        +E-mail/Text: bk@blittandgaines.com Mar 28 2019 02:22:13      Blitt & Gaines PC,    661 Glenn Ave,
                  Wheeling, IL 60090-6017
27684712        +EDI: CREDIGYREC.COM Mar 28 2019 05:58:00      NCEP, LLC,    Attn: Bankrutpcy Department,
                  2877 Paradise Road, Ste 303,    Las Vegas, NV 89109-5239
27684715         E-mail/Text: jennifer.chacon@spservicing.com Mar 28 2019 02:24:17
                  Select Portfolio Servicing Inc,    Attn: Bankruptcy Department,    PO Box 65250,
                  Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              Miriam R Stein    mstein@chuhak.com,
               dgeorge@chuhak.com;mstein@ecf.axosfs.com;IL82@ecfcbis.com;vjefferson@chuhak.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert   Skowronski    on behalf of Debtor 1 George  Abraham rbskowronski@gmail.com
                                                                                              TOTAL: 3